UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSE RODOLFO IGLESIAS PARADA,

Petitioner,

v.

WARDEN, NORTHWEST ICE
PROCESSING CENTER; FIELD OFFICE
DIRECTOR, ICE SEATTLE; SECRETARY,
DEPARTMENT OF HOMELAND
SECURITY; ATTORNEY GENERAL OF
THE UNITED STATES,

Respondents.

Case No. 2:26-cv-00947-TMC

ORDER TRANSFERRING PETITION TO
THE DISTRICT OF ARIZONA

Before the Court is self-represented petitioner Jose Rodolfo Iglesias Parada's

("Mr. Parada") petition for a writ of habeas corpus under 28 U.S.C. § 2241.  Dkt. 1. For these

reasons, the Court ORDERS that Mr. Parada's petition be immediately transferred to the District

of Arizona.

On March 6, 2026, Respondents detained Mr. Parada and transferred him to the

Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington on March 8. Dkt. 7 at 1.

On March 17, the government transferred Mr. Parada again to Florence, Arizona, where he is

facing imminent removal. Dkt. 8 at 2. On March 20, the Court received Mr. Parada's petition,

ORDER TRANSFERRING PETITION TO THE DISTRICT OF ARIZONA - 1

which appears to have been mailed from Baltimore on March 13. *See* Dkt. 7 p. 2. Importantly, Mr. Parada was no longer detained in this District when his petition was filed.

The habeas statute permits the Court to grant writs of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241. Habeas jurisdiction, generally, "lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). This Court lacks jurisdiction over Mr. Parada's petition as he was no longer confined in this District at the time his petition was filed. Mr. Parada is now detained in Florence, Arizona, which is located in the sole District of Arizona.

Respondents ask the Court to either dismiss or transfer Mr. Parada's petition to a court with jurisdiction over his current confinement. Dkt. 7 at 2. The Court finds that transfer is appropriate here. Whenever a civil action is filed in a court that lacks jurisdiction, "the court shall, if it is in the interest of justice, transfer such action" to a court "in which the action . . . could have been brought at the time it was filed[.]" 28 U.S.C. § 1631. Transfer is in the interest of justice because Mr. Parada faces imminent removal and dismissal would result in unnecessary delay. Mr. Parada's petition will "proceed as if it had been filed in . . . the court to which it is transferred[.]" *Id.*

The Clerk of Court is respectfully requested to immediately transfer this case to the District of Arizona for all further proceedings. The clerk is also requested to close this case after its transfer and send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 24th day of March, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER TRANSFERRING PETITION TO THE DISTRICT OF ARIZONA - 2